IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:21-cr-30194-DWD |
| ) | |
| JIMMY CARRASCO, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM & ORDER**

**DUGAN, District Judge**:

Before the Court is Defendant's Motion for Sentence Reduction under 18 U.S.C. § 3582(c)(2) and Amendment 821 ("Motion"). (Doc. 134). The Government does not oppose the Motion. (Doc. 136).

The parties agree Defendant is eligible for a reduction of sentence under Part A of Amendment 821, which amended U.S.S.G. § 4A1.1(e). On August 24, 2023, this Court sentenced Defendant to 100 months incarceration for one count of Possession with Intent to Distribute a Controlled Substance: Fentanyl. (Doc. 131). At sentencing, Defendant received + 2 status points for committing this offense while on probation. (Doc. 119). Defendant received a total criminal history point tally of 10 with a corresponding category of V. (Doc. 119). His advisory guideline range was 100 to 125 months. (Docs. 134 and 136). Here, under the retroactive amendment to § 4A1.1, Defendant's criminal history points are reduced to 9 and his criminal history category is reduced to IV, resulting in a lower advisory guideline range of 84 to 105 months of imprisonment. (Docs. 134 and 136). In light of the lower advisory guideline range, the parties agree a sentence reduction from

100 months of imprisonment to 84 months of imprisonment is proper. (Docs. 134 and 136).

Upon consideration of the Motion, the Government's Response, the policy statement set forth at U.S.S.G. §1B1.10, and the sentencing factors set forth in 18 U.S.C. § 3553(a), including as considered, evaluated, and applied by the undersigned at the time of the original sentence, the Court agrees that a proportionate reduction in sentence from the original sentence imposed is appropriate.

Accordingly, the Court **GRANTS** the Motion (Doc. 134) and **REDUCES** Defendant's sentence from 100 months of imprisonment to 84 months of imprisonment on Count I, effective February 1, 2024. All other terms of the judgment dated August 24, 2023 (Doc. 131) are to remain unchanged. The Court attaches its standard order (AO Form 247) to reflect the aforementioned sentence reduction.

**SO ORDERED**.

Dated: January 29, 2024

_____
DAVID W. DUGAN
United States District Judge